

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2021

Nos. 04-19-00714-CV, 04-19-00715-CV, 04-19-00716-CV

The **STATE** of Texas ex. rel. Todd A. Durden, in his Official Capacity as County Attorney,
Appellant

v.

James T. 'Tully' **SHAHAN**, in his Official Capacities as County Judge; Mark Frerich, in his
Official Capacity as County Commissioner; Joe Montalvo, in his Official Capacity as County
Commissioner; Dennis Dodson, in his Official Capacity as County Commissioner; Tim Ward,
in his Official Capacity as County Commissioner; Kinney County Commissioners Court and
Kinney County,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court Nos. 4845, 4863, 4866
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

      The panel has considered the State of Texas's motion for rehearing and its motion for leave to file second amended notices of appeal—in which Todd A. Durden also seeks relief in his individual capacity. The motions are DENIED. *See* Tex. R. App. P. 49.3.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court